FILED: March 30, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1343
(2:20-cv-00014-JPJ-PMS)

_____

MELINDA SCOTT

        Plaintiff - Appellant

v.

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES; JOSHUA MOON

        Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Big Stone Gap |
| Originating Case Number | 2:20-cv-00014-JPJ-PMS |
| Date notice of appeal filed in originating court: | 03/28/2022 |
| Appellant(s) | Melinda L. Scott |
| Appellate Case Number | 22-1343 |
| Case Manager | Rachel J Lee<br>804-916-2702 |