FILED: February 16, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1343
(2:20-cv-00014-JPJ-PMS)

———————————

MELINDA SCOTT

        Plaintiff - Appellant

v.

WISE COUNTY DEPARTMENT OF SOCIAL SERVICES; JOSHUA MOON

        Defendants - Appellees

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

        /s/ PATRICIA S. CONNOR, CLERK